LAW OFFICES OF AARON BERGER
by AARON BERGER (SBN 285435)
4338 ½ Laurel Canyon Blvd.
Studio City, California 91604
P: (818) 942-0228
F: (818) 980-6050
E: Aaron@aaronbergerlaw.com

Attorney for Plaintiffs
ALEXANDER LEONOV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEONOV, an individual<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, a New York Corporation; MTC FINANCIAL INC. dba TRUSTEE CORPS, a California Corporation; DOES 1 THROUGH 20, INCLUSIVE<br><br>Defendants. | Case No.: 2:16-cv-02483-AB (ASx)<br><br>Hon. André Birotte Jr.<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>[*FRCP* **Rule 41(a)(1)(A)(ii)**]<br><br>[*Proposed Order Filed and Served Concurrently herewith*] |

ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, the above-referenced Action identified as Case Number 2:16-cv-02483-AB (ASx) is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

DATED: June 6, 2017

_____
United States District Judge

1

[~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE